| | |
|---|---|
| 1 | ROMAN OTKUPMAN, Esq., SBN 249423 |
| | Roman@olfla.com |
| 2 | NIDAH FARISHTA. Esq., SBN 312360 |
| | Nidah@olfla.com |
| 3 | OTKUPMAN LAW FIRM |
| | 28632 Roadside Drive, Suite 203 |
| 4 | Agoura Hills, California 91301 |
| | Telephone: (818) 293-5623 |
| 5 | Facsimile: (888) 850-1310 |

Attorneys for Plaintiff, JOSEPH SLADE

TYLER T. RASMUSSEN, SBN 271987
E-Mail trasmussen@fisherphillips.com
DAVID J. RASHE, SBN 318400
E-Mail drashe@fisherphillips.com
FISHER & PHILLIPS LLP
2050 Main Street, Suite 1000
Irvine, California 92614
Telephone: (949) 851-2424
Facsimile: (949) 851-0152

Attorneys for Defendant
CAPSTONE LOGISTICS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JOSEPH SLADE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>CAPSTONE LOGISTICS, LLC, A DELAWARE LIMITED LIABILITY COMPANY, AND DOES 1 THROUGH 100, INCLUSIVE ,<br><br>　　　　　　Defendants. | Case No: 2:18-CV-00624-TLN-DB<br><br>*[Removed from San Joaquin Superior Court, Case STK-CV-UWT-2017-0010052]*<br><br>**JOINT STIPULATION AND ORDER REGARDING EXTENSION OF DISCOVERY DEADLINE**<br><br>Complaint Filed: September 22, 2017<br>Trial Date: None Set |

　　　　IT IS HEREBY STIPULATED AND AGREED, between Plaintiff JOSEPH

1

JOINT STIPULATION AND ORDER REGARDING EXTENSION OF DISCOVERY
DEADLINE

SLADE ("Plaintiff") and Defendant CAPSTONE LOGISTICS, LLC ("Defendant") (collectively, the "Parties"), through their respective counsel of record, as follows:

WHEREAS, on March 22, 2018, the Court entered an Initial Pretrial Scheduling Order, which states that all discovery shall be completed by January 9, 2019 (ECF No. 5);

WHEREAS, the Parties have scheduled a private mediation of this action for August 29, 2018 with Denise Asher, Esq.;

WHEREAS, despite Defendant's diligence in conducting discovery, the Defendant needs additional time to respond to Plaintiff's requests for written discovery;

WHEREAS, this Joint Stipulation is not entered into with the intent to delay. By extending Defendant's time to respond to Plaintiff's requests for written discovery, Plaintiff is not prejudiced and the Court's Initial Pretrial Scheduling Order does not require modification;

WHEREAS, good cause exists for granting the Parties' request to extend the following deadline in accordance with Federal Rule of Civil Procedure 29 and Local Rule 143:

| Event | Original Deadline | Requested Deadline |
|---|---|---|
| Defendant's deadline to respond to Plaintiff's written discovery requests | June 25, 2018 | July 9, 2018 |

///
///
///
///

2
JOINT STIPULATION AND ORDER REGARDING EXTENSION OF DISCOVERY DEADLINE
FPDOCS 34193873.1

IT IS SO STIPULATED.

Dated:  June 20, 2018                                 Respectfully submitted,

                                                      OTKUPMAN LAW FIRM


                                                By:  /s/ Roman Otkupman
                                                     ROMAN OTKUPMAN
                                                     NIDAH FARISHTA
                                                     Attorneys for Plaintiff
                                                     JOSEPH SLADE


Dated:  June 20, 2018                                 Respectfully submitted,

                                                      FISHER & PHILLIPS LLP


                                                By:  /s/ David J. Rashe
                                                     TYLER T. RASMUSSEN
                                                     DAVID J. RASHE
                                                     Attorneys for Defendant
                                                     CAPSTONE LOGISTICS, LLC


**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 25, 2018

_____
Troy L. Nunley
United States District Judge